# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Cook District of Illinois

Case Number: 11-CV-7652

Plaintiff:
**Exhibit Source, Inc.**

vs.

Defendant:
**Imaging3, Inc.**

For:
Trevor J. Cooney
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033-0968

Received by Private Detective Services on the 28th day of October, 2011 at 12:01 pm to be served on **Imaging3, Inc., 15300 Ventura Blvd., Suite 504, Burbank, CA 91403**.

I, Joel Coronel, do hereby affirm that on the **28th day of October, 2011 at 2:43 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint, Civil Case Cover Sheet and Exhibits** with the date and hour of service endorsed thereon by me, to: **Carrie Conaway, Front Desk** as **Authorized To Accept**, a person employed therein and authorized to accept service for **Imaging3, Inc.** at the address of: **15300 Ventura Blvd., Suite 504, Burbank, CA 91403**, the within named person's current place of **Work**, in compliance with State Statutes.

I certify that at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

Joel Coronel
6429

**Private Detective Services**
**751 S. Weir Canyon Road**
**#157-681**
**Anaheim Hills, CA 92808**
**(714) 546-7373**
Our Job Serial Number: JDE-2011001233
Ref: 11-cv-7652
Service Fee: $160.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4n